UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RIZZO,

                Plaintiff,                    ORDER OF DISCONTINUANCE

      -against-                    CV 02-6164
                                                WEXLER, J.

COUNTY OF NASSAU,

                Defendant.

-------------------------------------------------------X

        The parties having reported to the Court that the above action has been settled, it is

        ORDERED, that this action is hereby discontinued with/without costs and with/without prejudice.[1]

SO ORDERED:

Dated: Central Islip, New York
       July 6, 2004

                                            LEONARD D. WEXLER
                                            UNITED STATES DISTRICT JUDGE

---

[1] Pending submission of final Stipulation and Order.